No. 316. THOMAS PATRICK KEYES, PLAINTIFF IN ER-
ROR, *v.* THE PEOPLE OF THE STATE OF ILLINOIS. In error
to the Supreme Court of the State of Illinois. Motion to
dismiss or affirm submitted October 16, 1916. Decided
October 23, 1916. *Per Curiam.* Dismissed for want of
jurisdiction upon the authority of (1) *Bergmann* v. *Backer,*
157 U. S. 655, 656; *Caldwell* v. *Texas,* 137 U. S. 692;
*Howard* v. *Fleming,* 191 U. S. 126, 135; (2) *Deming* v.
*Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated
Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600;
*Overton* v. *Oklahoma,* 235 U. S. 31. *Mr. Chas. H. Soelke*
for the plaintiff in error. *Mr. Patrick J. Lucey* and *Mr.
Lester H. Strawn* for the defendant in error.

No. 346. JOSEPH W. BULL, APPELLANT, *v.* HUGH CAMP-
BELL, JR. Appeal from the United States Circuit Court
of Appeals for the Eighth Circuit. Motion to dismiss or
affirm submitted October 16, 1916. Decided October 23,
1916. *Per Curiam.* Dismissed for want of jurisdiction
upon the authority of (1) *Bagley* v. *General Fire Extin-
guisher Co.,* 212 U. S. 477; *Shulthis* v. *McDougal,* 225 U. S.
561; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S.
575; (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Hull* v. *Burr,*
234 U. S. 712, 720; *Merriam Co.* v. *Syndicate Publishing
Co.,* 237 U. S. 618, 621. *Mr. John R. Van Derlip* for the
appellant. *Mr. S. E. Ellsworth* for the appellee.